UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SECOND CHANCE ORGANIZATION, LLC,

Plaintiff,

v.

BANEZA MARIA MURILLO, et al.,

Defendants.

Case No. 1:26-CV-09115-JLT-FJS

ORDER REQUIRING DEFENDANT LUPE LOPEZ TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS

(ECF No. 2)

TWENTY-ONE (21) DAY DEADLINE

On November 4, 2026, Defendant Lupe Lopez ("Defendant") removed this action to the United States District Court for the Eastern District of California from the Superior Court of California for the County of Fresno. (ECF No. 1.) Defendant did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Defendant's application is insufficient for the court to determine whether Defendant is entitled to proceed without prepayment of fees in this action.

Defendant reports that she has a total of $7.00 in assets. (ECF No. 2 at 2.) Defendant has written "none" in all the sections designated for additional details regarding living expenses, debts, or financial obligations. (*Id.*) Having considered the application, the court requires additional information to determine if Defendant is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Defendant to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Defendant is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that she intends to leave blank. If Defendant is unwilling to complete and submit the long form application, Defendant must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Defendant Lupe Lopez;

2 Within twenty-one (21) days of the date of this order, Defendant shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Defendant fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE